# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of February, two thousand and twenty-three,

ENT and Allergy Associates, LLC et al.
v.
Continental Cas. Co. et al.

**STIPULATION**
Docket Number: 22-697

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn with prejudice without costs and without attorneys' fees pursuant to FRAP 42(b).

Date: 2/22/2023

/s/ R. Cornelius Danaher, Jr.
Attorney for Appellant

R. Cornelius Danaher, Jr., Danaher Lagnese, PC
Print Name and Firm

Date: 2/22/2023

/s/ Kannon K. Shanmugam
Attorney for Appellee

Kannon K. Shanmugam, Paul, Weiss, Rifkind, Wharton & Garrison LLP
Print Name and Firm