UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand twenty-three,

_____

| | |
|---|---|
| ENT and Allergy Associates, LLC, Litchfield Hills Orthopedic Associates, LLC, Litchfield Hills Surgical Center, LLP, | **ORDER**<br>Docket No. 22-697 |
| Plaintiffs - Appellants, | |
| v. | |
| Continental Casualty Company, CNA Financial Corporation, | |
| Defendants - Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court